1  WILLIAM McGRANE [057761]
2  McGRANE LLP
   Four Embarcadero Center, Suite 1400
3  San Francisco, California 94111
   Telephone: (415) 292-4807
4  william.mcgrane@mcgranellp.com

5  Attorneys for plaintiff shierkatz RLLP, a California
6  registered limited liability partnership.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 shierkatz RLLP, a California registered limited   | Case No.  3:15-cv-02202 JST
   liability partnership,
13                                                    | **STIPULATION AND [proposed] ORDER
                      Plaintiff,                      | RE: SCHEDULE FOR FILING
14 vs.                                                | AMENDED COMPLAINT AND MOTION
                                                      | TO DISMISS**
15 SQUARE, INC., a Delaware corporation,
16                    Defendant.

---

Stipulation and [proposed] Order Re: Schedule for Filing Amended Complaint and Motion to Dismiss

1    WHEREAS, Defendant Square, Inc. filed a motion to dismiss the Complaint on
2  July 25, 2015;
3    WHERAS, Plaintiff shierkatz RLLP proposes to file an amended complaint (Fed.
4  R. Civ. P. 15(a));
5    WHEREAS, to provide additional time for plaintiff to finalize and serve the
6  amended complaint and for defendant to evaluate, and if necessary prepare, another
7  motion to dismiss, the parties have agreed, subject to the Court's approval, to the
8  following schedule:
9  - Plaintiff will file and serve an amended complaint by July 16, 2015;
10 - Defendant's response to the amended complaint will be due by August 6,
11    2015;
12 - If defendant files a motion to dismiss:
13    o the opposition will be due by August 27, 2015;
14    o the reply brief will be due by September 10, 2015; and
15    o the hearing will be set for October 1, 2015, at 2:00 p.m., or such
16       other time determined by the Court.
17 Square reserves all rights, including to challenge the amended complaint on any ground
18 and to seek sanctions.
19 **SO STIPULATED:**
20 Dated: July 9, 2015            McGRANE LLP
21
                                  By: /s/ *William McGrane*
22                                      William McGrane
                                  Attorneys for plaintiff shierkatz RLLP, a California
23                                registered limited liability partnership.
24 Dated: July 9, 2015            WILSON SONSINI GOODRICH & ROSATI, P.C.
25
                                  By: */s/ Colleen Bal*
26                                      Colleen Bal
                                  Attorneys for defendant Square, Inc.
27
28

---
1
Stipulation and [~~proposed~~] Order Re: Schedule for Filing Amended Complaint and Motion to Dismiss

**ORDER**

Based on the foregoing stipulation, good cause appearing, the above schedule is adopted as an order of the Court.

Dated: July 9, 2015

*IT IS SO ORDERED*
Judge Jon S. Tigar