United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIERKATZ RLLP,

          Plaintiff,

    v.

SQUARE, INC.,

          Defendant.

Case No.  15-cv-02202-JST

**ORDER GRANTING LEAVE TO AMEND FIRST AMENDED COMPLAINT**

Re: ECF No. 49

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On September 16, 2015, the Court issued an order to show cause why the Court should not dismiss this action for lack of subject matter jurisdiction.  ECF No. 46.  The Court noted that the First Amended Complaint, ECF No. 21, does not allege that at least one member of the putative class is a citizen of a state other than California or Delaware, of which States Defendant is a citizen for the purposes of determining diversity.  The Court further noted that in a diversity action, such as this case, the plaintiff must state the parties' citizenships such that the existence of diversity can be confirmed.  ECF No. 46. at 2 (citing Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001) ("Absent unusual circumstances, a party seeking to invoke diversity jurisdiction should be able to allege affirmatively the actual citizenship of the relevant parties.")).

In its response to the Court's order to show cause, Plaintiff requested that it be granted leave to amend the First Amended Complaint so that it can specifically allege that the putative class consists of individuals who are citizens of States other than California and Delaware.  ECF No. 47 at 3.  "Dismissal without leave to amend is improper unless it is clear . . . that the complaint could not be saved by amendment."  Snell v. Cleveland, Inc., 316 F.3d 822, 828 n.6 (9th Cir. 2002) (citing 28 U.S.C. § 1653 ("Defective allegations of jurisdiction may be amended, upon terms, in the trial or appellate courts.")).  Accordingly, the Court grants Plaintiff leave to amend the First Amended Complaint for the sole purpose of adequately alleging minimal

1   diversity.  Plaintiff shall file its Second Amend Complaint within one week of the date of this

2   order.

3         Assuming that Plaintiff adequately alleges subject matter jurisdiction in its Second

4   Amended Complaint, the Court will then turn to Defendant's Motion to Dismiss.

5         IT IS SO ORDERED.

6   Dated: September 28, 2015

7                                                    _____
                                                     JON S. TIGAR
8                                                    United States District Judge

United States District Court
Northern District of California

2