| | |
|---|---|
| WILLIAM McGRANE [057761]<br>McGRANE LLP<br>Four Embarcadero Center, Suite 1400<br>San Francisco, California 94111<br>Telephone: (415) 292-4807<br>Email: william.mcgrane@mcgranellp.com<br><br>FRANK UBHAUS [046085]<br>BERLINER COHEN<br>10 Almaden Boulevard, 11th Floor<br>San Jose, CA 95113<br>Telephone: (408) 286-5800<br>Email: frank.ubhaus@berliner.com<br><br>Attorneys for plaintiff shierkatz RLLP, a California registered limited liability partnership, and all persons similarly situated | DAVID H. KRAMER, State Bar No. 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100<br>Email:  dkramer@wsgr.com<br><br>COLLEEN BAL, State Bar No. 167637<br>JOSHUA A. BASKIN, State Bar No. 294971<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone:  (415) 947-2000<br>Facsimile:   (415) 947-2099<br>Email:  cbal@wsgr.com, jbaskin@wsgr.com<br><br>Attorneys for Defendant Square, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| shierkatz RLLP, a California registered limited liability partnership,<br><br>                Plaintiff,<br><br>   v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>                Defendant. | Case No.  3:15-cv-02202-JST<br><br>**JOINT STATUS REPORT**<br><br>Before: Honorable Jon S. Tigar |

Pursuant to this Court's December 17, 2015 Order (Dkt. 65), Plaintiff shierkatz RLLP ("shierkatz") and Defendant Square, Inc. ("Square") provide this joint status report to inform the Court of the status of the arbitration proceedings between them.

On November 6, 2017, shierktaz filed a motion for clarification of the Court's previous order compelling arbitration. ECF No. 91. Square opposed on November 20 [ECF No. 92] and shierkatz replied on November 27 [ECF No. 93]. On December 27, 2017, the Court denied that motion. ECF No. 96.

Shierkatz's individual claim for $4000 in statutory damages had been set for hearing in arbitration on February 15, 2018. On January 30, 2018, at shierkatz's request, the Arbitrator vacated the hearing date and set a scheduling conference for March 16, 2018.

Pursuant to this Court's December 17, 2015 Order, (i) the parties will provide another joint status update within ninety days (on or before Monday, June 4, 2018), and (ii) within fourteen days of the completion of the arbitration proceedings, the parties will jointly submit to this Court a report advising it of the outcome of the arbitration and a request that the case be dismissed or that the case be reopened and a case management conference be scheduled.

| | | |
|---|---|---|
| 1 | DATED: March 6, 2018 | Respectfully submitted, |

McGRANE LLP
BERLINER COHEN

By: */s/ William McGrane*
      William McGrane

*Attorneys for Plaintiff*
shierkatz RLLP


WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Colleen Bal*
      Colleen Bal

*Attorneys for Defendant*
Square, Inc.

**CERTIFICATION**

I, COLLEEN BAL, am the ECF User whose identification and password are being used to file this JOINT STATUS REPORT. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories.

By: */s/ Colleen Bal*
    Colleen Bal